B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Davis, Cleveland Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Above & Beyond Janitorial Supply** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-1036** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9733 S. Cicero**<br>**Oak Lawn, IL**<br>ZIP Code **60453** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☐ Full Filing Fee attached
- ■ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Davis, Cleveland Jr.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Jeffrey L. Benson**      **April 15, 2009** <br> Signature of Attorney for Debtor(s)     (Date) <br> **Jeffrey L. Benson 6203738** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Davis, Cleveland Jr.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Cleveland Davis, Jr.**
Signature of Debtor  **Cleveland Davis, Jr.**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April 15, 2009**
Date

### Signature of Attorney*

X **/s/ Jeffrey L. Benson**
Signature of Attorney for Debtor(s)
**Jeffrey L. Benson 6203738**
Printed Name of Attorney for Debtor(s)
**Jeffrey L. Benson**
Firm Name
**3337 W. 95th Street
Ste. 2
Evergreen Park, IL 60805**

Address

Email: jeffrey-benson@sbcglobal.net
**312-607-0048  Fax: 708-499-1940**
Telephone Number
**April 15, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Cleveland Davis, Jr.**  Case No.
Debtor(s)  Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Cleveland Davis, Jr.**
                       **Cleveland Davis, Jr.**

Date:   **April 15, 2009**

B6F (Official Form 6F) (12/07)

In re **Cleveland Davis, Jr.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11010558042005210** <br><br>**American General Finan** <br>**5901 S Archer Ave** <br>**Chicago, IL 60638** | | - | **Opened 11/24/01  Last Active 8/20/03** <br>**HouseholdGoodsAndOtherCollateralAuto** | | | | **2,767.00** |
| Account No. **3000891041408920** <br><br>**American General Finan** <br>**5901 S Archer Ave** <br>**Chicago, IL 60638** | | - | **Opened 3/13/00  Last Active 9/01/01** <br>**HouseholdGoodsAndOtherCollateralAuto** | | | | **Unknown** |
| Account No. **11980891041408920** <br><br>**American General Finan** <br>**5901 S Archer Ave** <br>**Chicago, IL 60638** | | - | **Opened 11/20/98  Last Active 2/01/00** <br>**HouseholdGoodsAndOtherCollateralAuto** | | | | **Unknown** |
| Account No. **045538347011393101** <br><br>**Amex** <br>**P O Box 297871** <br>**Fort Lauderdal, FL 33329** | | - | **Opened 4/01/00  Last Active 5/01/03** <br>**CreditCard** | | | | **7,129.00** |
| __9__ continuation sheets attached | | | | | | Subtotal <br>(Total of this page) | **9,896.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cleveland Davis, Jr.**  ,  Case No. _____
  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1009706681** <br><br> **Anderson Fin Network** <br> **Po Box 3097** <br> **Bloomington, IL 61702** | | - | **Opened 12/20/04  Last Active 1/01/05** <br> **Collection Nextel** | | | | **271.00** |
| Account No. **27301011** <br><br> **Arrow Financial Services** <br> **5996 W. Touhy Ave.** <br> **Niles, IL 60714** | | - | **Opened 9/23/04  Last Active 5/01/06** <br> **Collection A.F.S. Assignee Of Household B** | | | | **2,635.00** |
| Account No. **25641888** <br><br> **Arrow Financial Services** <br> **5996 W. Touhy Ave.** <br> **Niles, IL 60714** | | - | **Opened 5/01/04  Last Active 5/01/06** <br> **Collection Afs Assignee Of Ge Money Bank** | | | | **2,069.00** |
| Account No. **24390010** <br><br> **Asset Acceptance** <br> **Po Box 2036** <br> **Warren, MI 48090** | | - | **Opened 8/23/05  Last Active 6/01/06** <br> **FactoringCompanyAccount Sbc** | | | | **150.00** |
| Account No. **97050000895216288** <br><br> **Avco Fin** <br> **5817 S Archer Ave** <br> **Chicago, IL 60638** | | - | **Opened 5/19/97** <br> **InstallmentLoan** | | | | **Unknown** |

Sheet no. __1__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **5,125.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cleveland Davis, Jr.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **JE4259** <br><br> **Barraco's Pizza** <br> **c/o Boyajian Law Offices** <br> **201 Rte. 17 North, 5th Floor** <br> **Rutherford, NJ 07070** | - | | **NSF Checks** | | | | **100.00** |
| Account No. **1301200419404** <br><br> **Blazer Fin** <br> **2212 W 95th St** <br> **Chicago, IL 60643** | - | | **Opened 8/24/00 Last Active 7/16/03** <br> **Secured** | | | | **1,770.00** |
| Account No. **2034598** <br><br> **Calvary Portfolio/collection** <br> **7 Skyline Drive 3rd Floor** <br> **Hawthorne, NY 10532** | - | | **Opened 6/25/03 Last Active 3/01/05** <br> **Collection 01 Advanta** | | | | **7,429.00** |
| Account No. **529115171777** <br><br> **Capital 1 Bk** <br> **11013 W Broad St** <br> **Glen Allen, VA 23060** | - | | **Opened 4/26/00 Last Active 2/06/04** <br> **CreditCard** | | | | **1,714.00** |
| Account No. **189670** <br><br> **Cardiovascular Consultants** <br> **c/o Atty. M.H. Cohen** <br> **P.O. Box 636** <br> **Morton Grove, IL 60053** | - | | **Medical Bill** | | | | **282.00** |

Sheet no. **2** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **11,295.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cleveland Davis, Jr.**, Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **25641888**<br><br>**Care Credit /Vets**<br>**c/o Arrow Financial Services**<br>**21031 Network Place**<br>**Chicago, IL 60678** | - | | **Debt Owed** | | | | **2,069.00** |
| Account No. **65484127**<br><br>**Cbusasears**<br>**8725 W Sahara Ave**<br>**The Lakes, NV 89163** | - | | **Opened 10/01/99 Last Active 11/01/03**<br>**ChargeAccount** | | | | **2,000.00** |
| Account No. **8626179**<br><br>**Cca/credtpac**<br>**700 Longwater Driv**<br>**Norwell, MA 02061** | - | | **Opened 2/01/06 Last Active 3/01/06**<br>**Collection Sbc** | | | | **301.00** |
| Account No. **4800696421**<br><br>**Chase Manhattan Mtg**<br>**3415 Vision Dr**<br>**Columbus, OH 43219** | - | | **Opened 2/01/00 Last Active 3/10/06**<br>**ConventionalRealEstateMortgage** | | | | **Unknown** |
| Account No. **1727204105089286**<br><br>**Chase/cc**<br>**225 Chastain Meadows Ct**<br>**Kennesaw, GA 30144** | - | | **Opened 6/27/00 Last Active 1/18/05**<br>**CreditCard** | | | | **1,660.00** |

Sheet no. __**3**__ of __**9**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **6,030.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cleveland Davis, Jr.**, Case No. _____
                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Christ Hospital & Medical Center**<br>4440 W. 95th Street<br>Oak Lawn, IL 60453 | - | | **Medical Bill** | | | | **Unknown** |
| Account No. **6071384227349746**<br>**Citifinancial**<br>Po Box 499<br>Hanover, MD 21076 | - | | **Opened 4/03/97**<br>**Unsecured** | | | | **Unknown** |
| Account No. **Multiple Accounts**<br>**City of Chicago**<br>**Department of Revenue**<br>P.O. Box 88292<br>Chicago, IL 60680 | - | | **Fines/Parking Tickets** | | | | **610.00** |
| Account No. **C008-007496**<br>**City of Chicago**<br>**Department of Revenue**<br>P.O. Box 88292<br>Chicago, IL 60680 | - | | **Water Bill** | | | | **525.00** |
| Account No. **949360146**<br>**Credit Protect Assoc**<br>1355 Noel Rd Suite 2100<br>Dallas, TX 75240 | - | | **Opened 9/02/03 Last Active 10/01/03**<br>**Collection Comcast** | | | | **57.00** |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,192.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cleveland Davis, Jr.**, Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **422709702017**<br>**Cross Country Bank**<br>**800 Delaware Ave**<br>**Wilmington, DE 19801** | - | | **Opened 11/27/96**<br>**CreditCard** | | | | **Unknown** |
| Account No. **2312019756929568**<br>**Equity One**<br>**523 Fellowship Rd Suite 220**<br>**Mount Laurel, NJ 08054** | - | | **Opened 12/01/97  Last Active 10/01/03**<br>**InstallmentLoan** | | | | **Unknown** |
| Account No. **6537300001**<br>**Fst Bnk & Tr**<br>**820 Church Street**<br>**Evanston, IL 60201** | - | | **Opened 8/01/01  Last Active 8/01/04**<br>**Secured** | | | | **13,291.00** |
| Account No. **601918030757**<br>**Gemb/care Credit-vets**<br>**Po Box 981439**<br>**El Paso, TX 79998** | - | | **Opened 10/11/00  Last Active 9/14/03**<br>**ChargeAccount** | | | | **1,882.00** |
| Account No. **01100374126**<br>**Household Bank**<br>**90 Christiana Rd**<br>**New Castle, DE 19720** | - | | **Opened 8/06/01  Last Active 8/01/03**<br>**ChargeAccount** | | | | **Unknown** |

Sheet no. **5** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **15,173.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cleveland Davis, Jr.**, Case No. _____
　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Kerry Johnson**<br>**Adress Unknown** | | - | **Personal Loan** | | | | **20,000.00** |
| Account No. **1113**<br>**Lagasse, Inc.**<br>**1339 Solutions Center**<br>**Chicago, IL 60677** | | - | **Debt Owed** | | | | **250.00** |
| Account No.<br>**LaSalle Bank**<br>**5501 S Kedzie**<br>**Chicago, IL 60629** | | - | **Overdraft Account** | | | | **2,000.00** |
| Account No. **9001444**<br>**Little Co Hospitalist Group**<br>**c/o Illinois Collection Service Inc**<br>**P.O. Box 646**<br>**Oak Lawn, IL 60454** | | - | **Medical Bill** | | | | **185.00** |
| Account No. **0000524**<br>**Little Company of Mary Hospital**<br>**2800 W. 95th Street**<br>**Evergreen Park, IL 60805** | | - | **Medical Bill** | | | | **185.00** |

Sheet no. __6__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **22,620.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cleveland Davis, Jr.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 506600<br><br>**Madigans**<br>**7440 Central**<br>**River Forest, IL 60305** | - | | Opened 7/01/89<br>ChargeAccount | | | | **Unknown** |
| Account No.<br><br>**Margie Garry**<br>**Address Unknown** | - | | Personal Loan | | | | **25,000.00** |
| Account No. R0356564<br><br>**Marshall Fields**<br>**111 Boulder Industrial D**<br>**Bridgeton, MO 63044** | - | | Opened 4/01/98 Last Active 2/18/04<br>ChargeAccount | | | | **1,663.00** |
| Account No. 1805316<br><br>**Medical Collections Sy**<br>**725 S. Wells Ave Ste 700**<br>**Chicago, IL 60607** | - | | Opened 2/25/06 Last Active 6/01/06<br>Collection Evergreen Emergency Services | | | | **428.00** |
| Account No. FB100<br><br>**N H S**<br>**747 N May St**<br>**Chicago, IL 60622** | - | | Opened 9/01/96 Last Active 3/01/97<br>Mortgage Deficiency | | | | **22,565.00** |

Sheet no. **7** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **49,656.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cleveland Davis, Jr.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11506**<br><br>**Nordstrom Fsb**<br>**Po Box 6555**<br>**Englewood, CO 80155** | | - | **Opened 4/26/98 Last Active 3/02/04**<br>**ChargeAccount** | | | | **1,686.00** |
| Account No. **3695505**<br><br>**Osi Collect**<br>**1375 E Woodfield #110**<br>**Schaumburg, IL 60173** | | - | **Opened 5/01/04 Last Active 3/01/05**<br>**Collection Med102   Holy Cross Hospital** | | | | **143.00** |
| Account No.<br><br>**Payday Loan Store**<br>**8026 S Cicero Ave**<br>**Burbank, IL 60459** | | - | **Pay Day Loan** | | | | **2,000.00** |
| Account No. **250004026**<br><br>**Peoples Engy**<br>**130 E Randolph**<br>**Chicago, IL 60601** | | - | **Opened 5/01/05 Last Active 12/01/05**<br>**Other** | | | | **870.00** |
| Account No. **42643084**<br><br>**Pop Mort Srv**<br>**400 Lippincott Dri**<br>**Marlton, NJ 08053** | | - | **Opened 12/01/97 Last Active 5/06/04**<br>**RealEstateSpecificTypeUnknown** | | | | **111.00** |

Sheet no. __8__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **4,810.00**

**B6F (Official Form 6F) (12/07) - Cont.**

In re **Cleveland Davis, Jr.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 63870<br>**Radiology Imaging Specialists**<br>**PO Box 70**<br>**Hinsdale, IL 60522** | | - | **Medical Bill** | | | | **44.00** |
| Account No. 356564964010<br>**Rnb-fields3**<br>**Po Box 9475**<br>**Minneapolis, MN 55440** | | - | **Opened 4/26/98**<br>**ChargeAccount** | | | | **2,000.00** |
| Account No. D933389N1<br>**S&p Capital**<br>**1601 W Airport Frw**<br>**Euless, TX 76040** | | - | **Opened 8/01/05 Last Active 10/01/05**<br>**FactoringCompanyAccount Washington Mutual** | | | | **2,032.00** |
| Account No. 0654841274701<br>**Sherman Acquisitions**<br>**Po Box 740281**<br>**Houston, TX 77274** | | - | **Opened 6/30/04 Last Active 11/01/03**<br>**FactoringCompanyAccount Sears Citi-Sears** | | | | **2,156.00** |
| Account No. | | | | | | | |

Sheet no. **9** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **6,232.00**

Total (Report on Summary of Schedules) **132,029.00**

American General Finan
5901 S Archer Ave
Chicago, IL 60638


American General Finan
5901 S Archer Ave
Chicago, IL 60638


American General Finan
5901 S Archer Ave
Chicago, IL 60638


Amex
P O Box 297871
Fort Lauderdal, FL 33329


Anderson Fin Network
Po Box 3097
Bloomington, IL 61702


Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL 60714


Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL 60714


Asset Acceptance
Po Box 2036
Warren, MI 48090


Avco Fin
5817 S Archer Ave
Chicago, IL 60638


Barraco's Pizza
c/o Boyajian Law Offices
201 Rte. 17 North, 5th Floor
Rutherford, NJ 07070


Blazer Fin
2212 W 95th St
Chicago, IL 60643

Calvary Portfolio/collection
7 Skyline Drive 3rd Floor
Hawthorne, NY 10532


Capital 1 Bk
11013 W Broad St
Glen Allen, VA 23060


Cardiovascular Consultants
c/o Atty. M.H. Cohen
P.O. Box 636
Morton Grove, IL 60053


Care Credit /Vets
c/o Arrow Financial Services
21031 Network Place
Chicago, IL 60678


Cbusasears
8725 W Sahara Ave
The Lakes, NV 89163


Cca/credtpac
700 Longwater Driv
Norwell, MA 02061


Chase Manhattan Mtg
3415 Vision Dr
Columbus, OH 43219


Chase/cc
225 Chastain Meadows Ct
Kennesaw, GA 30144


Christ Hospital & Medical Center
4440 W. 95th Street
Oak Lawn, IL 60453


Citifinancial
Po Box 499
Hanover, MD 21076

```
City of Chicago
Department of Revenue
P.O. Box 88292
Chicago, IL 60680


City of Chicago
Department of Revenue
P.O. Box 88292
Chicago, IL 60680


Credit Protect Assoc
1355 Noel Rd Suite 2100
Dallas, TX 75240


Cross Country Bank
800 Delaware Ave
Wilmington, DE 19801


Equity One
523 Fellowship Rd Suite 220
Mount Laurel, NJ 08054


Fst Bnk & Tr
820 Church Street
Evanston, IL 60201


Gb Algonquin
234 S Randall Rd
Algonquin, IL 60102


Gemb/care Credit-vets
Po Box 981439
El Paso, TX 79998


Household Bank
90 Christiana Rd
New Castle, DE 19720


Kerry Johnson
Adress Unknown


Lagasse, Inc.
1339 Solutions Center
Chicago, IL 60677
```

LaSalle Bank
5501 S Kedzie
Chicago, IL 60629


Little Co Hospitalist Group
c/o Illinois Collection Service Inc
P.O. Box 646
Oak Lawn, IL 60454


Little Company of Mary Hospital
2800 W. 95th Street
Evergreen Park, IL 60805


Madigans
7440 Central
River Forest, IL 60305


Margie Garry
Address Unknown


Marshall Fields
111 Boulder Industrial D
Bridgeton, MO 63044


Medical Collections Sy
725 S. Wells Ave Ste 700
Chicago, IL 60607


N H S
747 N May St
Chicago, IL 60622


Nordstrom Fsb
Po Box 6555
Englewood, CO 80155


Osi Collect
1375 E Woodfield #110
Schaumburg, IL 60173


Payday Loan Store
8026 S Cicero Ave
Burbank, IL 60459

```
Peoples Engy
130 E Randolph
Chicago, IL 60601


Pop Mort Srv
400 Lippincott Dri
Marlton, NJ 08053


R&r Country
300 Dixie Hwy
Beecher, IL 60401


Radiology Imaging Specialists
PO Box 70
Hinsdale, IL 60522


Rnb-fields3
Po Box 9475
Minneapolis, MN 55440


S&p Capital
1601 W Airport Frw
Euless, TX 76040


Sherman Acquisitions
Po Box 740281
Houston, TX 77274


Talan and Ktsanes
for City of Chicago Water Dept.
300 West Adams #840
Chicago, IL 60606
```